UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BGSD, INC. d/b/a LUXURY LANE

        Plaintiff,

v.

SPAZE UP LLC

        Defendant.

Docket No. _____

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff BGSD, INC, doing business as LUXURY LANE ("BGSD" or "Plaintiff"), by and through its undersigned counsel, for its Complaint against Defendant SPAZE UP LLC ("SPAZEUP" or "Defendants"), hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act, false designation of origin under Section 1125(a) of the Lanham Act, and Unfair Competition under 73 P.S. §§201-1, et seq. (in Pennsylvania), 20 GBS § 349 (in New York), California Business and Professional Code § 17200 and 17500, et seq. (in California), and WY Stat § 40-12-101 (2022), including WY Stat § 40-12-105 (2022) (in Wyoming).

2. This action arises out of Defendant's unauthorized reproduction, creation of derivative works, and public display of copyrighted photographs owned and registered by Plaintiff as well as Defendant's misrepresentation of Plaintiff's goods as its own by using photographs of Plaintiff's products from Plaintiff's website on Defendant's online product listings.

3. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 et seq.; and the Lanham Act, as amended, 15 U.S.C. §§ 1051 et seq.

## JURISDICTION AND VENUE

4. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., Lanham Act, 15 U.S.C. § 1051 *et seq.* and unfair competition under Common Law, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (Federal Question), 1332 (Diversity and Amount in Controversy), 1367 (Supplemental Jurisdiction), and 1338(a) and (b) (Original Jurisdiction under Acts of Congress).

5. This Court has personal jurisdiction over Defendant because Defendant transacts business in or through the Commonwealth of Pennsylvania, at least through its website at www.spazeup.com and through distributors such as Amazon and through Amazon's website www.amazon.com. Defendant engages, as such, in a persistent course of conduct in this District and expects, or should reasonably expect, its acts to have legal consequences in this District.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## THE PARTIES

7. BGSD is a Pennsylvania corporation with an address at 2601 Baglyos Circle, Bethlehem, PA 18020.

8. Upon information and belief, Defendant SPAZEUP is a Wyoming limited liability company.

9. Upon information and belief, Defendant SPAZEUP has a mailing address at 30 N. Gould Street, Suite 28912, Sheridan, WY 82801.

10. Upon information and belief, Defendant SPAZEUP has an address at 1043 Garland Avenue, Unit C #790, San Jose, CA 95126-3159.

11. Upon information and belief, Defendant SPAZEUP has an address at 1979 Harris Ave., Apt 2, San Jose, CA 95124.

12. Upon information and belief, Defendant SPAZEUP has an address at 388 Salem Road, Valley Stream, NY 11580.

13. Defendant transacts business over the Internet through the Internet domain www.spazeup.com.

14. Defendant also transacts business through the advertising, sale, and/or offering for sale of goods through the e-commerce platform Amazon.com.

15. Defendant's transacting of business through the Amazon.com e-commerce platform includes the use of an Amazon "store" accessible at least at the URL https://www.amazon.com/stores/page/947931BF-C324-44C5-BA8B-1E068A6BF3EE.

## STATEMENT OF FACTS

16. Plaintiff incorporates by reference each of paragraphs 1-15 above.

17. BGSD sells coats, jackets, vests, home décor, and fine jewelry on its website at https://www.luxurylane.com/collections/bgsd (hereinafter "BGSD's Website") and Amazon® storefront at https://www.amazon.com/stores/BGSD/page/05A52C68-8CD3-4EFC-8793-DF0D0810E0AA?ref_=ast_bln (hereinafter "BGSD's Amazon Storefront").

18. BGSD creates original photographs of the clothing products it sells and of models wearing those clothing products, which photographs it uses on BGSD's Website and BGSD's Amazon Storefront.

19. BGSD owns United States Copyright Registration No. VA 2-079-023 (the "'023 Registration") having an effective registration date of December 4, 2017, and titled "luxurylane.com website". A number of BGSD's product photographs appear in the '023 Registration (hereinafter the "Copyrighted Photographs"). A true and correct copy of the '023 Registration is attached hereto as Exhibit A. A copy of the product photographs at issue from the deposit of the '023 Registration is attached hereto as Exhibit B.

20. Upon information and belief, Defendant SPAZEUP owns and operates a website at https://spazeup.com/ (hereinafter "SPAZEUP's Website") and operates an Amazon® storefront at https://www.amazon.com/stores/page/947931BF-C324-44C5-BA8B-1E068A6BF3EE (hereinafter "SPAZEUP's Amazon Storefront").

21. Upon information and belief, SPAZEUP sells men's and women's jackets and coats on SPAZEUP's Website and SPAZEUP's Amazon Storefront.

22. On or about August 26, 2023, BGSD became aware that SPAZEUP was using BGSD's product photographs, including but not limited to the Copyrighted Photographs shown in Exhibit B, on SPAZEUP's Amazon Storefront associated with SPAZEUP's own product listings.

23. SPAZEUP copied photographs from BGSD's Website, including photographs of the "BGSD Men Richard Classic Two-Button Lambskin Leather Blazer" and the "BGSD Men Urban Leather Bomber Jacket" and SPAZEUP edited said photographs including by removing the body of the model wearing the clothing.

24. SPAZEUP placed these edited photographs on SPAZEUP's Amazon Storefront under SPAZEUP's own product listings, when SPAZEUP was not selling BGSD's products.

25. The photographs SPAZEUP copied include but are not limited to Copyrighted Photographs shown in Exhibit B.

26. At no time did BGSD give SPAZEUP permission or other authorization to use any photographs owned by BGSD, including those from BGSD's Website, or any of the Copyrighted Photographs.

27. On August 26, 2023, BGSD filed a series of infringement takedown notices (the "August 26 Notices") relating to SPAZEUP product listings via Amazon®'s platform regarding SPAZEUP's unauthorized copying of photographs of the "BGSD Men Richard Classic Two-Button Lambskin Leather Blazer" as shown in Exhibit C, which SPAZEUP used on multiple of its own listings titled "Men's Classic Two-Button Leather Modern Blazer" and "Men's Richard Classic Leather Blazer." The complaints, as well as the URLs of SPAZEUP's infringing product listings at the time of infringement and the listings' Amazon® ASIN numbers, include the following:

    a. **Complaint ID No. 13658811231 ("the '231 Complaint")** – All related to the "Men's Classic Two-Button Leather Modern Blazer" SPAZEUP listing

        i. https://www.amazon.com/dp/B07NRXQ79H  (ASIN: B07NRXQ79H)

        ii. https://www.amazon.com/dp/B07NRXPX41 (ASIN: B07NRXPX41)

        iii. https://www.amazon.com/dp/B07NRX33WZ (ASIN: B07NRX33WZ)

        iv. https://www.amazon.com/dp/B07NRXP8CH (ASIN: B07NRXP8CH)

        v. https://www.amazon.com/dp/B07NRYC5GV (ASIN: B07NRYC5GV)

        vi. https://www.amazon.com/dp/B07NRXV6TQ (ASIN: B07NRXV6TQ)

    b. **Complaint ID No. 13658927311 (the '311 Complaint)** - All related to the "Men's Richard Classic Leather Blazer" SPAZEUP listing

        i. https://www.amazon.com/dp/B07NS9ZTFX (ASIN: B07NS9ZTFX)

        ii. https://www.amazon.com/dp/B07NS5S7RS (ASIN: B07NS5S7RS)

 c. **Complaint ID No. 13658771521 (the '521 Complaint)** - All related to the "Men's Classic Two-Button Leather Modern Blazer" SPAZEUP listing

  i. https://www.amazon.com/dp/B07NRWHFK8 (ASIN: B07NRWHFK8)

  ii. https://www.amazon.com/dp/B07NRXQ9QK (ASIN: B07NRXQ9QK)

  iii. https://www.amazon.com/dp/B07NRVW3H8 (ASIN: B07NRVW3H8)

  iv. https://www.amazon.com/dp/B07NRX2WSX (ASIN: B07NRX2WSX)

 d. **Complaint ID No. 13658924471 (the '471 Complaint)** – Related to both the "Men's Classic Two-Button Leather Modern Blazer" SPAZEUP listing and "Men's Richard Classic Leather Blazer" SPAZEUP listing

  i. https://www.amazon.com/dp/B07NRXV155 ("Men's Classic Two-Button Leather Modern Blazer") (ASIN: B07NRXV155)

  ii. https://www.amazon.com/dp/B07NRWLPTX ("Men's Richard Classic Leather Blazer") (ASIN: B07NRWLPTX)

  iii. https://www.amazon.com/dp/B07NRW43PN ("Men's Richard Classic Leather Blazer") (ASIN: B07NRW43PN)

  iv. https://www.amazon.com/dp/B07NRWPFJ6 ("Men's Classic Two-Button Leather Modern Blazer") (ASIN: B07NRWPFJ6)

 e. **Complaint ID No. 13658907381 (the '381 Complaint)** - All related to the "Men's Classic Two-Button Leather Modern Blazer" SPAZEUP listing

  i. https://www.amazon.com/dp/B07NRWHFK8 (ASIN: B07NRWHFK8)

  ii. https://www.amazon.com/dp/B07NRXQ9QK (ASIN: B07NRXQ9QK)

  iii. https://www.amazon.com/dp/B07NRVW3H8 (ASIN: B07NRVW3H8)

  iv. https://www.amazon.com/dp/B07NRX2WSX (ASIN: B07NRX2WSX)

    f.  **Complaint ID No. 13658991541 (the "541 Complaint")** - Related to both the "Men's Classic Two-Button Leather Modern Blazer" SPAZEUP listing and "Men's Richard Classic Leather Blazer" SPAZEUP listing

        i.  https://www.amazon.com/dp/B07NRXV155 ("Men's Classic Two-Button Leather Modern Blazer") (ASIN: B07NRXV155)

        ii.  https://www.amazon.com/dp/B07NRWLPTX ("Men's Richard Classic Leather Blazer") (ASIN: B07NRWLPTX)

        iii.  https://www.amazon.com/dp/B07NRW43PN ("Men's Richard Classic Leather Blazer") (ASIN: B07NRW43PN)

        iv.  https://www.amazon.com/dp/B07NRWPFJ6 ("Men's Classic Two-Button Leather Modern Blazer") (ASIN: B07NRWPFJ6)

28.    On August 28, 2023, BGSD received an e-mail from SPAZEUP, attached hereto as Exhibit D, stating, "We would like to inform you that we are regrettably sorry that we violated all these policies and copyright violations" and offering to take down the product listings depicting the Copyrighted Photographs.

29.    The statements in SPAZEUP's August 28, 2023, email admit the allegations set forth herein and underlying BGSD's claims.

30.    Between August 26, 2023, and August 28, 2023, SPAZEUP changed the photographs on the product listings associated with the URLs of the August 26 Notices..

31.    Despite the admission in Paragraph 28, On September 7, 2023, SPAZEUP then filed counter notices regarding all of the product listings associated with the following infringement notices: The '231 Complaint, The '311 Complaint, The '521 Complaint, The '381 Complaint, and The '541 Complaint.

32. On or about September 20, 2023, BGSD additionally discovered SPAZEUP copied two photographs of the "BGSD Men Urban Leather Bomber Jacket" as displayed on BGSD's Website as shown in Exhibit E. These photographs were again edited to remove the body of the model and placed on SPAZEUP's Amazon Storefront associated SPAZEUP's own product listings.

33. Again, SPAZEUP was not actually selling BGSD's products on SPAZEUP's Amazon Storefront, yet was using images of BGSD's products from BGSD's Website under a listing titled "SpazeUp Men's Baseball Suede Leather Jacket- Suede Bomber Jacket Men".

34. Again, BGSD at no point gave SPAZEP any permission or other authorization to use the photographs as shown in Exhibit E.

35. On September 20, 2023, BGSD filed a second round of infringement notices via **Complaint ID No. 13918154961 ("The '961 Complaint")** against SPAZEUP via the Amazon® platform. The '961 Complaint addressed multiple SPAZEUP listings of the "SpazeUp Men's Baseball Suede Leather Jacket- Suede Bomber Jacket Men", shown in Exhibit F, with the following URL addresses and ASINs:

    a. https://www.amazon.com/dp/B0843C8L2R (ASIN: B0843C8L2R)

    b. https://www.amazon.com/dp/B0843RXGJ7 (ASIN: B0843RXGJ7)

    c. https://www.amazon.com/dp/B0843CGC8M (ASIN: B0843CGC8M)

    d. https://www.amazon.com/dp/B0843SY5C7 (ASIN: B0843SY5C7)

    e. https://www.amazon.com/dp/B0843TGM9M (ASIN: B0843TGM9M)

    f. https://www.amazon.com/dp/B0843CDQRK (ASIN: B0843CDQRK)

    g. https://www.amazon.com/dp/B0843CDZZY (ASIN: B0843CDZZY)

    h. https://www.amazon.com/dp/B0843NFSVJ (ASIN: B0843NFSVJ)

36. On October 3, 2023, SPAZEUP filed counter notices to the '961 Complaint regarding only the listings identified by the following ASINs: B0843C8L2R, B0843SY5C7, B0843CDQRK, and B0843CDZZY.

37. At no time did BGSD supply the "BGSD Men Richard Classic Two-Button Lambskin Leather Blazer" shown in Exhibit C or the "BGSD Men Urban Leather Bomber Jacket" shown in Exhibit E to SPAZEUP for the sale or offering for sale to others.

38. The jackets sold by SPAZEUP at the SPAZEUP Amazon Storefront listings associated with The '231 Complaint, The '311 Complaint, The '521 Complaint, The '471 Complaint, The '381 Complaint, The '541 Complaint, and The '961 Complaint (collectively, the "Infringing Listings") were not manufactured by BGSD.

39. On information and belief, the jackets consumers received from SPAZEUP, directly or by intermediary, via the Infringing Listings were not of the same appearance or quality as the jackets sold by BGSD.

40. Therefore, SPAZEUP falsely represented that the products as photographed in Exhibits B, C, and E were its own.

41. Moreover, SPAZEUP misled consumers into believing that its Infringing Listings were for the same product sold and/or manufactured by BGSD.

42. Upon information and belief, after BGSD informed SPAZEUP of its infringement, SPAZEUP later republished the Copyrighted Photographs shown in Exhibit B as thumbnails on the SPAZEUP Amazon Storefront and continues to display them to date, as evidenced by screenshots taken on November 22, 2023 of the SPAZEUP Amazon Storefront listings shown in Exhibit G. In each screenshot depicted in Exhibit G, the thumbnails are shown under the "select" button that prompts consumers to select a clothing size for the product.

43. Therefore, upon information and belief, SPAZEUP's infringement of the Copyrighted Photographs is continuous and willful.

## CLAIMS FOR RELIEF

## CLAIM 1: COUNTS 1- 3

## COPYRIGHT INFRINGEMENT OF "COPYRIGHTED PHOTOGRAPHS"

44. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-43 above.

45. Defendant infringed the '023 Registration by reproducing and publicly displaying registered Copyrighted Photographs of Plaintiff, namely the photographs shown in Exhibit B, those copyrights duly registered as the '023 Registration, on SPAZEUP'S Amazon Storefront. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Copyrighted Photographs.

46. The acts of Defendant, in each instance complained of herein, constitute infringement of Plaintiff's copyrights and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

47. Upon information and belief, the foregoing acts of infringement by Defendant has been willful, intentional, purposeful, in disregard of, and with indifference to Plaintiff's rights.

48. Such willful, intentional, and purposeful nature of Defendants' infringement is evidenced by the quantity of Defendant's infringement even after being informed of said infringement by Plaintiff.

49.     As a direct and proximate cause of the infringements by the Defendant of Plaintiff's copyrights and exclusive rights under the copyright laws, Plaintiff is entitled to damages for Defendants' willful infringement of the Works, pursuant to 17 U.S.C. § 504(c).

50.     Plaintiff further is entitled to its full costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505.

## CLAIM 2: COUNT 4

## FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125

51.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-50 above.

52.     Defendant is liable for false designation of origin within the meaning of 15 U.S.C. § 1125(a) when Defendant misrepresented the nature, characteristics, and qualities of its goods by using Plaintiff's photographs shown in Exhibits C and E taken from BGSD's Website on Defendant's own Infringing Listings when Defendant was not actually selling the "BGSD Men Richard Classic Two-Button Lambskin Leather Blazer" shown in Exhibit C or the "BGSD Men Urban Leather Bomber Jacket" shown in Exhibit E.

53.     Defendant's use of Plaintiff's product photographs from BGSD's Website enable Defendant to confuse or deceive the public by misrepresenting the goods offered for sale and sold on SPAZEUP's Amazon Storefront under Plaintiff's photographs as sponsored, licensed, otherwise approved by, and/or are in some way connected or affiliated with Plaintiff.  Such conduct constitutes a false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

54.     Upon information and belief, Defendant misrepresented Plaintiff's products as its own willfully, intentionally, and in complete disregard of Plaintiff's rights.

11

55. Such willful, intentional, and purposeful nature of Defendants' false advertising is evidenced by the quantity of Defendant's false advertising even after being informed of said false advertising by Plaintiff.

## CLAIM 3: COUNTS 5-8

## UNFAIR COMPETITION AT COMMON LAW

56. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-55 above.

57. As a cause of action and ground for relief, Plaintiff alleges that Defendant has engaged in acts of unfair competition at common law.

58. By virtue of Defendant's acts, herein pleaded, Defendant has engaged in conduct which is contrary to honest, industrial and commercial practice, and thus, has engaged in unfair competition, in violation of the common law.

59. Defendant's acts, hereinabove pleaded, are calculated to procuring an unfair competitive advantage by misappropriating the valuable goodwill developed by Plaintiff at substantial effort and expense and represented by Plaintiff's photographs of its products appearing on BGSD's Website.

60. Defendant's acts, hereinabove pleaded, are in violation of unfair trade practices and consumer protection statutes at common law, including but not limited to 73 P.S. §§201-1, et seq. (in Pennsylvania), 20 GBS § 349 (in New York), California Business and Professional Code § 17200 and 17500, et seq. (in California), and WY Stat § 40-12-101 (2022), including WY Stat § 40-12-105 (2022) (in Wyoming).

61. On information and belief, Defendant has engaged in the aforementioned acts willfully, intentionally, and in complete disregard of Plaintiff's rights.

62. Defendant will continue to compete unfairly unless restrained by this Court. As a result of Defendant's unfair competition and other violations of law, Plaintiff will be unable to control the loss of the distinctive quality and reputation represented by the products sold under its BGSD and Luxury Lane brands and will sustain still further damages in an amount difficult to ascertain.

## COUNT 5
## PENNSYLVANIA COMMON LAW UNFAIR COMPETITION

63. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-62 above.

64. Defendant's acts, hereinabove pleaded, are in violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§201-1, et seq.

WHEREFORE, Plaintiff prays that the Court grant the Prayer for Relief set forth below.

## COUNT 6
## NEW YORK COMMON LAW UNFAIR COMPETITION

65. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-64 above.

66. Defendant's acts, hereinabove pleaded, are in violation of the New York General Business Law, GBS §349, et seq.

WHEREFORE, Plaintiff prays that the Court grant the Prayer for Relief set forth below.

## COUNT 7
## CALIFORNIA COMMON LAW UNFAIR COMPETITION

67. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-66 above.

68. Defendant's acts, hereinabove pleaded, are in violation of the California Business and Professional Code § 17200 and §17500, et seq.

WHEREFORE, Plaintiff prays that the Court grant the Prayer for Relief set forth below.

## COUNT 8
## WYOMING COMMON LAW UNFAIR COMPETITION

69. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-68 above.

70. Defendant's acts, hereinabove pleaded, are in violation of the Wyoming Consumer Protection Act, WY Stat § 40-12-101 (2022), et seq.

WHEREFORE, Plaintiff prays that the Court grant the Prayer for Relief set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that:

1. The Court enter a judgement declaring that:

   a. Defendant SPAZEUP.COM infringed upon Plaintiff's copyrights in the '023 Registration by each of the Counts 1-3, in violation of 17 U.S.C §§ 106 and 501;

   b. Defendant be adjudged to have violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

   c. Defendant has engaged in unfair competition at common law;

   d. Defendant's acts of copyright infringement, false designation of origin, and unfair competition were undertaken willfully and knowingly; and

   e. his case is "exceptional" pursuant to 15 U.S.C. § 1117.

2. Defendant, in addition to Defendant's agents, servants, employees, and all persons acting under its permission and authority, be preliminary and permanently enjoined and restrained from:

      a. Infringing, in any manner, the '023 Registration;

      b. Using any product photograph appearing BGSD's Website in connection with Defendant's product listings on SPAZEUP's Website or SPAZEUP's Amazon Storefront;

      c. Unfairly competing with Plaintiff in any manner whatsoever or otherwise injuring its business reputation in the manner complained of herein;

      d. Engaging in any other conduct that causes or is likely to cause confusion, mistake or misunderstanding as to the affiliation, connection, association, origin, sponsorship or approval of Defendant's goods with Plaintiff or Plaintiff's goods and business; and

      e. Engaging in assignments or transfers, formation of new entities or associations, or utilization of any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in sub-paragraphs (a) through (d) above.

3. Pursuant to 15 U.S.C. § 1118, Defendant be ordered that all labels, signs, prints, packages, wrappers, receptacles, advertisements, electronic or computer files in the possession, custody, or control of Defendant, bearing any photograph created by Plaintiff be delivered up to Plaintiff and destroyed.

4. Defendant be required, within thirty (30) days after service of judgment, to file with this Court and serve upon Plaintiff's counsel, a written report, under oath, setting forth in detail the manner in which they have complied with the Judgment.

5. Defendant be ordered to pay to Plaintiff statutory damages for each act of infringement pursuant to 17 U.S.C. § 504(c);

6. Defendant be ordered to pay to Plaintiff actual damages and Defendant's profits under 15 U.S.C. § 1117;

7. Defendant be ordered to pay to Plaintiff costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117;

8. Plaintiff has such other and further relief as the Court may deem just and equitable.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: December 8, 2023

**CAESAR RIVISE, PC**

By: _____

Douglas Panzer (PA Bar ID# 203354)
Allison R. Tramontana (PA Bar ID# 329108)
12th Floor
1635 Market Street
Philadelphia, PA  19103
Tel: (215) 567-2010
dpanzer@crbcp.com

*Attorneys for Plaintiff BGSD, INC. d/b/a LUXURY LANE*

## **VERIFICATION**

I, KO KIUCHI, declare as follows:

I am President of BGSD, INC., Plaintiff herein. I have read the foregoing Verified Complaint and know the contents thereof and the same are true of my own knowledge except as to such matters herein stated to be on information and belief, and as to these matters, I believe them to be true.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty and perjury that the foregoing is true and correct.

Dated: _Dec 7, 2023_   By: _[signature]_
Ko Kiuchi