UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| BGSD, INC., *d/b/a LUXURY LANE*, : | |
|         Plaintiff, : | |
| : | |
|     v. : | No.   5:23-cv-4855 |
| : | |
| SPAZE UP, LLC, : | |
|         Defendant. : | |

_____

**O R D E R**

**AND NOW**, this 20th day of February, 2024, upon consideration of Plaintiff's Motion for Default Judgment, *see* ECF No. 10, and for the reasons outlined in the Opinion entered this date, **IT IS HEREBY ORDERED THAT** the Motion for Default Judgment is **DENIED without prejudice**.  Plaintiff may:

    1.    Refile a Motion for Default Judgment **within twenty (20) days** with an accompanying brief and additional facts to support a finding of personal jurisdiction;

    2.    If Plaintiff fails to refile a Motion within twenty days, the Court will dismiss the matter for lack of personal jurisdiction.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge